■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK TILLMAN, Appellant. [731 NYS2d 396] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered May 20, 1999, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt beyond a reasonable doubt is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions, including those

raised in his supplemental *pro se* brief, are either without merit or do not warrant reversal. Altman, J. P., McGinity, H. Miller and Feuerstein, JJ., concur.